# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00278-CR
NO. 03-13-00279-CR

**Johnathan Aire Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
NOS. 12-1220CR & 12-1688CR, HONORABLE LINDA RODRIGUEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Robert A. Caine, appointed counsel for appellant Johnathan Aire Johnson, has filed a motion to dismiss these appeals and vacate the judgments of conviction because both underlying criminal actions have been dismissed.[1] Johnson has been found incompetent to stand trial with no possibility of regaining competence in the foreseeable future and does not meet the criteria for civil commitment. *See* Tex. Code Crim. Proc. art. 46B.084. Caine informs us that Johnson has not disclosed his current whereabouts or contact information and did not attend a meeting to sign his consent to dismissal of these appeals. Under these extraordinary circumstances, Caine requests waiver of the requirement for appellant's signature to this motion. *See* Tex. R. App. P. 2, 42.2(a).

---

[1] The trial court's March 18, 2014 orders of dismissal are attached as exhibits to the motion.

We grant the motion, vacate the judgments without regard to the merits, and dismiss these appeals.  *See* Tex. R. App. P. 2, 42.2(a), 43.2(e).


_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Vacated and Dismissed

Filed:   April 9, 2014

Do Not Publish